# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---

ASHLEY DIXON,

    *Plaintiff*

  v.                                                          CIVIL ACTION
                                                                   1:22-cv-02209-SEG

OFFICER LEANDER DELICIEUX,
et. al.

    *Defendants*

---

## PLAINTIFF'S MOTION TO CONTINUE EVIDENTIARY HEARING

    COMES NOW Plaintiff Ms. Ashley Dixon and hereby responds to this Court's order for an evidentiary hearing to be held on October 20, 2025, regarding Plaintiff's motion for a default judgment against Defendant Delicieux.

    Plaintiff avers that her current work schedule would make an evidentiary hearing on October 20, 2025 difficult if not impossible. Plaintiff's work as a community organizer is particularly heavy during this time period, and will remain so until at least November 5, 2025. Plaintiff will likely testify if and when the hearing is held. Plaintiff respectfully requests that this Court continue the hearing to a time on or after November 5, 2025.

1

**WHEREFORE Plaintiff requests that this Court continue the scheduled October 20, 2025 evidentiary hearing to a time on or after November 5, 2025.**

Respectfully submitted this 2nd Day of October, 2025.

/s/ Amith Gupta
Amith Gupta, Esq.
GA Bar No. 149222
American Trial Law Litigators, LLC
925B Peachtree St. NE #2151
Atlanta, GA 30309
Tel: (408) 355-5782
E-mail: amithrgupta+law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

PLAINTIFF'S MOTION TO CONTINUE EVIDENTIARY HEARING to the

Clerk of Court and all counsel of record via the ECF system.

Respectfully submitted this 2nd Day of October, 2025.

/s/ Amith Gupta
Amith Gupta, Esq.
GA Bar No. 149222
American Trial Law Litigators, LLC
925B Peachtree St. NE #2151
Atlanta, GA 30309
Tel: (408) 355-5782
E-mail: amithrgupta+law@gmail.com